Commonwealth *v.* Colder, Appellant.

Submitted March 23, 1973. *James J. Freeman,* for appellant; *Philip J. O'Malley* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Coles, Appellant.

Argued March 19, 1973. *C. George Milner,* with him *Hamilton, Darmopray, Malloy & Milner,* for appellant; *Linda West Conley,* Assistant District Attorney, with her *Milton M. Stein,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.